# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ARDINAZO, on behalf of himself and others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ARJO INC.; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 2:22-02836-AB-MAA<br><br>**~~PROPOSED~~ ORDER RE STIPULATION TO DISMISS THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: March 1, 2022<br>Trial Court Case No.: 23STCV07339 |

**IT IS HEREBY ORDERED** that Plaintiff SEAN ARDINAZO's individual wage and hour claims are <u>DISMISSED WITH PREJUDICE</u> and the class wage and hour claims are dismissed without prejudice. All claims against Defendant, including the class claims, are dismissed and this action is closed.

IT IS SO ORDERED.

Dated: September 18, 2023

_____
HONORABLE ANDRE BIROTTE JR.